IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AVEIS L. BROWN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D17-3336

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed December 4, 2017.

An appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

Aveis L. Brown, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Quentin Humphrey, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and OSTERHAUS, JJ., CONCUR.